IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRACY LAND DAVIS                                                                                          PLAINTIFF

     v.                     Civil No.   1:13-CV-01092

NURSE BRIAN WEST;
CAPTAIN MITCHAM; and
LIEUTENANT FAULKNER                                                                              DEFENDANTS

## ORDER

For the reasons stated in a memorandum opinion being entered this date, the Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED IN PART AND DENIED IN PART.** Specifically, the Motion is **GRANTED** as to all claims against Lieutenant Faulkner and Captain Mitcham and as to the discrimination claim. The Motion is **DENIED** as to the denial of medical care claim against Nurse Brian West.

A bench trial will be scheduled by separate order on this remaining claim.

IT IS SO ORDERED this 27th day of August 2015.

                                                      /s/ Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      UNITED STATES MAGISTRATE JUDGE