**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**TRACY LAND DAVIS**                                                                               **PLAINTIFF**

v.                                         Civil No.   1:13-CV-01092

**NURSE BRIAN WEST**                                                                          **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, I find Plaintiff is entitled to judgment in his favor on his denial of medical care claim.  Plaintiff is awarded monetary judgment against Defendant Nurse Brian West, in his official capacity only, in the amount of $350, representing $25 a day from November 3, 2013, to November 22, 2013.  Costs in the amount of the filing fee, $350, are also awarded Plaintiff.  Defendant Nurse Brian West is directed to pay the filing fee to the Clerk of Court.  **If any sums have been deducted from Plaintiff's prison account for payment of the filing fees, those amounts should be refunded to him by the Court Clerk.**

DATED this 17th day of March 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE